**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6121**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JULIO RODRIGUEZ-DIAZ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00111-D-4; 5:23-cv-00141-D)

Submitted:  March 11, 2025                    Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed in part, dismissed in part by unpublished per curiam opinion.

Julio Rodriguez-Diaz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Rodriguez-Diaz appeals the district court's order denying his motion to compel discovery of grand jury transcripts and denying relief on his 28 U.S.C. § 2255 motion. We affirm in part and dismiss in part.

We have reviewed the record and Rodriguez-Diaz's contentions on appeal and conclude that the district court did not abuse its discretion in denying Rodriguez-Diaz's motion to compel discovery of grand jury transcripts. *See Brooks v. Johnson*, 924 F.3d 104, 121 (4th Cir. 2019) (providing standard). Accordingly, we affirm this portion of the district court's order.

Rodriguez-Diaz may not appeal the district court's denial of § 2255 relief unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). We have independently reviewed the record and conclude that Rodriguez-Diaz has not made the requisite showing for a certificate of appealability. Accordingly, we deny a certificate of appealability and dismiss this portion of the appeal.

2

3

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*